SCWC-16-000049

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

MICHAEL ANGELO CATTANEO, Petitioner/Defendant-Appellant.
(CAAP-16-000049; CR. NO. 15-1-0023(4))

----------------------------------------------------------------

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

MICHAEL ANGELO CATTANEO, Petitioner/Defendant-Appellant.
(CAAP 16-000050; CR. NO. 15-1-0122(4))

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Michael Angelo Cattaneo's application for writ of certiorari filed on March 31, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 8, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W, Pollack
/s/ Michael D. Wilson

